UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WEST STAR YACHT, LLC<br><br>Plaintiff,<br><br>vs.<br><br>SEATTLE LAKE CRUISES, LLC<br><br>Defendant. | Case No. 2:21-cv-00223-RSM<br><br>**STIPULATION AND ORDER FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

## I. STIPULATION

Plaintiff West Star Yacht, LLC ("West Star") and Defendant Seattle Lake Cruises ("SLC") hereby stipulate, pursuant to Federal Rule of Civil Procedure 15(a)(2) and Western District of Washington Local Civil Rule 15, that West Star may file its Second Amended Complaint, attached hereto in redline format as Exhibit A.

STIPULATION AND ORDER FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT - 1
(Case No. 2:21-cv-00223-RSM)
576650-0001/4819-8581-0909.1

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA 98121-1128
206.624.8300 | Fax: 206.340.9599

**Stipulated and Agreed to this 27th day of May, 2021, by:**

MILLER NASH LLP

By: *s/ Carolyn Mount*
Jess Webster, WSBA No. 11402
Carolyn Mount, WSBA No. 55527
Miller Nash LLP
Pier 70, 2801 Alaskan Way
Suite 300
Seattle, WA 98121
Telephone: (206) 624-8300
Fax: (206) 340-0599
Email: jess.webster@millernash.com
Email: carolyn.mount@millernash.com

By *s/ Francis P. Cuisinier*
Francis P. Cuisinier (admitted Pro Hac Vice)
Ruberry, Stalmack & Garvey, LLC
10 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603
Tel: (312-466-8050
Fax: (312)466-8055
Email: pat.cuisinier@ruberry-law.com

    Attorneys for Plaintiff

**Stipulated and Agreed to this 27th day of May, 2021, by:**

NICOLL BLACK & FEIG PLLC

By: *s/ Jeremy Jones (auth. by email)*
Jeremy Jones, WSBA No. 44138
Nicoll Black & Feig PLLC
1325 Fourth Avenue, Suite 1650
Seattle, WA 98101
Telephone: (206) 838-7968
Fax: (206) 838-7515
Email: jjones@nicollblack.com
Attorney for Defendant Seattle Lake Cruises

STIPULATION AND ORDER FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT - 2
(Case No. 2:21-cv-00223-RSM)
576650-0001/4819-8581-0909.1

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA 98121-1128
206.624.8300 | Fax: 206.340.9599

## II. ORDER

Pursuant to the Parties' Stipulation, it is hereby ORDERED that the Plaintiff may file its proposed Second Amended Complaint within fourteen days of this Order.

DATED this 28th day of May, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**Presented by:**

MILLER NASH LLP

By *s/ Carolyn Mount*
    Carolyn Mount, WSBA# 55527
    Jess Webster, WSBA# 11402
    Attorneys for Plaintiff West Star Yacht, LLC

STIPULATION AND ORDER FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT - 3
(Case No. 2:21-cv-00223-RSM)
576650-0001/4819-8581-0909.1

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA 98121-1128
206.624.8300 | Fax: 206.340.9599