The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WEST STAR YACHT, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SEATTLE LAKE CRUISES, LLC and ARGONAUT INSURANCE COMPANY,<br><br>Defendants. | Case No. 2:21-cv-00223-RSM<br><br>**STIPULATION AND ORDER EXTENDING WEST STAR'S TIME TO ANSWER ARGONAUT'S COUNTERCLAIM** |
| ARGONAUT INSURANCE COMPANY,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>WEST STAR YACHT, LLC,<br><br>Counterclaim Defendant. | |

Pursuant to Western District of Washington Local Civil Rule 10(g), the parties, through their undersigned attorneys, stipulate and move as follows:

I. **STIPULATION**

Plaintiff/Counterclaim Defendant West Star Yacht, LLC ("West Star") and Defendant/Counterclaim Plaintiff Argonaut Insurance Company ("Argonaut") hereby stipulate

STIPULATION AND ORDER EXTENDING WEST STAR'S TIME
TO ANSWER ARGONAUT'S COUNTERCLAIM - 1
(Case No. 2:21-cv-00223-RSM)

576650-0001/4819-8581-0909.1

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA  98121-1128
206.624.8300 | Fax: 206.340.9599

1  and agree to extend the time for West Star to file its Answer to Argonaut's Counterclaim as
2  follows: West Star's Answer will be filed on or before August 10, 2021.

| | |
|---|---|
| **Stipulated and Agreed to this 19th day of July, 2021, by:** | **Stipulated and Agreed to this 19th day of July, 2021, by:** |
| MILLER NASH LLP | LEGROS BUCHANAN & PAUL, P.S. |
| By: *s/ Carolyn Mount* <br> Jess Webster, WSBA No. 11402 <br> Carolyn Mount, WSBA No. 55527 <br> Miller Nash LLP <br> Pier 70, 2801 Alaskan Way <br> Suite 300 <br> Seattle, WA 98121 <br> Telephone: (206) 624-8300 <br> Fax: (206) 340-0599 <br> Email: jess.webster@millernash.com <br> Email: carolyn.mount@millernash.com | By: *s/ Carey M.E. Gephart (by email auth.)* <br> Carey M.E. Gephart, WSBA No. 37106 <br> Nathan J. Beard, WSBA No. 45632 <br> Legros Buchanan & Paul, P.S. <br> 4025 Delridge Way, SW, Suite 500 <br> Seattle, WA 98106 <br> Telephone: (206) 623-4990 <br> Fax: (206) 467-4828 <br> Email: cgephart@legros.com <br> Email: nbeard@legros.com |
| By *s/ Francis P. Cuisinier* <br> Francis P. Cuisinier (admitted Pro Hac Vice) <br> Ruberry, Stalmack & Garvey, LLC <br> 10 S. LaSalle Street, Suite 1800 <br> Chicago, Illinois 60603 <br> Tel: (312-466-8050 <br> Fax: (312)466-8055 <br> Email: pat.cuisinier@ruberry-law.com | Attorney for Defendant/Counterclaim Plaintiff Argonaut Insurance Company |
| Attorneys for Plaintiff/Counterclaim Defendant West Star Yacht, LLC | |

STIPULATION AND ORDER EXTENDING WEST STAR'S TIME
TO ANSWER ARGONAUT'S COUNTERCLAIM - 2
(Case No. 2:21-cv-00223-RSM)
576650-0001/4819-8581-0909.1

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA 98121-1128
206.624.8300 | Fax: 206.340.9599

1

**II.  ORDER**

2    IT IS SO ORDERED.

3

4    DATED this 21st day of July, 2021.

5

6

7

8    RICARDO S. MARTINEZ
     CHIEF UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER EXTENDING WEST STAR'S TIME
TO ANSWER ARGONAUT'S COUNTERCLAIM - 3
(Case No. 2:21-cv-00223-RSM)

576650-0001/4819-8581-0909.1

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA  98121-1128
206.624.8300 | Fax: 206.340.9599

## CERTIFICATE OF SERVICE

I hereby certify that on July 19th, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the parties.

DATED this 19th day of July, 2021.

*s/ Nikki Kunz*
Nikki Kunz, Legal Assistant

CERTIFICATE OF SERVICE
(Case No. 2:21-cv-00223-RSM)

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA  98121-1128
206.624.8300 | Fax: 206.340.9599

576650-0001/4819-8581-0909.1