The Honorable Ricardo S. Martinez

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WEST STAR YACHT, LLC, | Case No. 2:21-cv-00223-RSM |
| Plaintiff, | **SECOND STIPULATION AND ORDER EXTENDING WEST STAR'S TIME TO ANSWER ARGONAUT'S COUNTERCLAIM** |
| vs. | |
| SEATTLE LAKE CRUISES, LLC and ARGONAUT INSURANCE COMPANY, | |
| Defendants. | |
| ARGONAUT INSURANCE COMPANY, | |
| Counterclaim Plaintiff, | |
| v. | |
| WEST STAR YACHT, LLC, | |
| Counterclaim Defendant. | |

Pursuant to Western District of Washington Local Civil Rule 10(g), the parties, through their undersigned attorneys, stipulate and move as follows:

## I.    <u>STIPULATION</u>

Plaintiff/Counterclaim Defendant West Star Yacht, LLC ("West Star") and Defendant/Counterclaim Plaintiff Argonaut Insurance Company ("Argonaut"), hereby stipulate

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA  98121-1128
206.624.8300 | Fax: 206.340.9599
4848-8776-7797.1

and agree to extend the time for West Star to file its Answer to Argonaut's Counterclaim as
follows: West Star's Answer will be filed on or before August 24, 2021.

**Stipulated and Agreed to this 6th day of August, 2021, by:**

MILLER NASH LLP

By: *s/ Carolyn Mount*
Jess Webster, WSBA No. 11402
Carolyn Mount, WSBA No. 55527
Miller Nash LLP
Pier 70, 2801 Alaskan Way
Suite 300
Seattle, WA 98121
Telephone:  (206) 624-8300
Fax:  (206) 340-0599
Email:  jess.webster@millernash.com
Email:  carolyn.mount@millernash.com


By *s/ Francis P. Cuisinier*
Francis P. Cuisinier (admitted Pro Hac Vice)
Ruberry, Stalmack & Garvey, LLC
10 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603
Tel:  (312-466-8050
Fax:  (312)466-8055
Email: pat.cuisinier@ruberry-law.com

Attorneys for Plaintiff/Counterclaim
Defendant West Star Yacht, LLC

**Stipulated and Agreed to this 6th day of August, 2021, by:**

LEGROS BUCHANAN & PAUL, P.S.

By: *s/ Carey M.E. Gephart (via email auth.)*
Carey M.E. Gephart, WSBA No. 37106
Nathan J. Beard, WSBA No. 45632
Legros Buchanan & Paul, P.S.
4025 Delridge Way, SW, Suite 500
Seattle, WA 98106
Telephone:  (206) 623-4990
Fax:  (206) 467-4828
Email: cgephart@legros.com
Email: nbeard@legros.com

Attorney for Defendant/Counterclaim Plaintiff
Argonaut Insurance Company

SECOND STIPULATION AND ORDER EXTENDING WEST
STAR'S TIME TO ANSWER ARGONAUT'S
COUNTERCLAIM - 2

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA  98121-1128
206.624.8300 | Fax: 206.340.9599
4848-8776-7797.1

1

## II.   <u>ORDER</u>

2      IT IS SO ORDERED.

3

4      DATED this 10th day of August, 2021.

5

6

7

8      RICARDO S. MARTINEZ
       CHIEF UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

SECOND STIPULATION AND ORDER EXTENDING WEST
STAR'S TIME TO ANSWER ARGONAUT'S
COUNTERCLAIM - 3

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA  98121-1128
206.624.8300 | Fax: 206.340.9599
4848-8776-7797.1

1

<u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that on August 6th, 2021, I electronically filed the foregoing with the

3

Clerk of the Court using the CM/ECF system which will send notification of such filing to the

4

attorneys of record for the parties.

5

DATED this 6th day of August, 2021.

6

7

<u>*s/ Nikki Kunz*</u>
Nikki Kunz, Legal Assistant

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE
(Case No. 2:21-cv-00223-RSM)