UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WEST STAR YACHT, LLC<br>Plaintiff,<br>vs.<br>SEATTLE LAKE CRUISES, LLC,<br>Defendant. | Case No. 2:21-cv-00223-RSM<br><br>STIPULATED MOTION AND ORDER TO EXTEND DISCOVERY DEADLINES AND TRIAL DATE |

**STIPULATED MOTION**

Plaintiff West Star Yacht, LLC, ("West Star"), and Defendant Seattle Lake Cruises ("SLC") hereby move to extend discovery deadlines and the trial date of this case pursuant to the following stipulation:

1. Plaintiff West Star has filed a Third Amended Complaint against the Defendant SLC. Plaintiff's claim against SLC seeks recovery pursuant to the terms of a lease agreement requiring SCL to maintain a vessel leased to SCL in a seaworthy condition. It is further alleged that at the conclusion of the lease the vessel was returned to the Plaintiff in an unseaworthy condition resulting in damages for breach of contract and negligence under Maritime Law and the Common Law of the State of Washington. SLC denies the Plaintiff's allegations.

2. Plaintiff previously filed a Second Amended Complaint joining Argonaut Insurance Company ("Argonaut") in a claim for breach of contract and declaratory relief under the terms of Argonaut's insurance contract. Dkt. No. 67 at 9–15).

3. On February 2, 2022, this Court granted Argonaut's a Motion to Sever West Star's insurance claims against Argonaut.

4. Prior to the filing of Plaintiff's Second Amended Complaint naming Argonaut as an additional Defendant, the Court entered an Order setting a trial date of September 6, 2022, and related due dates including for the completion of discovery by May 9, 2022. *See* Dkt. No. 61. The Case Management schedule did not contemplate the addition of Argonaut as a defendant herein via the Plaintiff's Second Amended Complaint *See* Dkt. No. 63.

5. As a result of the insurance claims against Argonaut, it became apparent that additional discovery would be required which will overlap the discovery in the underlying claim against SLC. In order to conserve judicial resources and minimize the cost of litigation, the parties have agreed to coordinate the written discovery and depositions taken in the underlying case with the declaratory judgment litigation. At this juncture West Star and Argonaut have not had their 26(f) scheduling conference to set deadlines for discovery in that case.

6. Finally, West Star, SLC, and Argonaut have agreed to engage in a "global mediation" to be scheduled within 60 days of the date of this Motion. The agreement to mediate is predicated upon a stay of discovery for 60 days. This is yet an additional reason to extend discovery deadlines and the trial date of this case by an additional six months.

Therefore, the parties hereto stipulate to a 6-month extension of discovery deadlines with discovery completed by November 9, 2022, and request the Court to set a new trial date on or after March 6, 2023.

//

//

//

//

//

//

//

//

DATED this 4th day of March, 2022.

*s/ Francis P. Cuisinier*

Francis P. Cuisinier
(admitted Pro Hac Vice)
Ruberry, Stalmack & Garvey, LLC
10 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603
Tel: (312-466-8050
Fax: (312)466-8055
Email: pat.cuisinier@ruberry-law.com

*s/ Jess Webster*

Jess Webster, WSBA No. 11402
Carolyn Mount, WSBA No. 55527
Miller Nash LLP
Pier 70, 2801 Alaskan Way
Suite 300
Seattle, WA 98121
Telephone: (206) 624-8300
Fax: (206) 340-0599
Email: jess.webster@millernash.com
Email: carolyn.mount@millernash.com

Attorneys for Plaintiff

*s/ Jeremy Jones*

Jeremy Jones
Nicoll Black & Feig PLLC
1325 Fourth Ave., Suite 1650
Seattle, WA 98101
Telephone: 206-838-7968
Fax: 206-838-7515
Email: jjones@nicollblack.com

Attorneys for Defendant

**ORDER**

The Court has reviewed the above stipulation and hereby orders the parties' request is GRANTED.

Discovery in this matter must be completed by November 9, 2022.

The trial of this matter is estimated to require 8 trial days and is continued to commence on March 13, 2023. A scheduling order setting the additional pretrial deadlines shall issue in due course.

DATED this 10th day of March, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE