**THE HONORABLE RICARDO S. MARTINEZ**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WEST STAR YACHT, LLC,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SEATTLE LAKE CRUISES, LLC,<br><br>　　　　　Defendant. | No.: 2:21-cv-00223-RSM<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

## **STIPULATION**

Plaintiff West Star Yacht, LLC and defendant Seattle Lake Cruises, LLC, by and through their respective attorneys of record, hereby stipulate and agree that all claims which have been asserted in this action by plaintiff against defendant and/or by defendant against plaintiff have been settled and shall be dismissed with prejudice and without costs to any party. The parties request that the Court enter the below proposed Order dismissing this action with prejudice and with each party bearing its own attorneys' fees and costs.

//

STIPULATION AND
ORDER OF DISMISSAL - 1
(2:21-cv-00223-RSM)

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

Dated this 7th day of June, 2022.

By: _____

Jeremy B. Jones WSBA No. 44138
NICOLL BLACK & FEIG PLLC
1325 Fourth Avenue, Suite 1650
Seattle, WA 98101
*Attorneys for Defendant*

_____

Francis P. Cuisinier, *Admitted Pro Hac Vice*
RUBERRY, STALMACK & GARVEY, LLC
10 S. LaSalle Street
Suite 1800
Chicago, IL 60603
*Attorneys for Plaintiff*

MILLER NASH LLP

_____

Jess Webster, WSBA No. 11402
Carolyn Mount, WSBA No. 55527
MILLER NASH GRAHAM & DUNN LLP
2801 Alaskan Way, Suite 300, Pier 70
Seattle, WA 98121
*Attorneys for Plaintiff*

STIPULATION AND
ORDER OF DISMISSAL - 2
(2:21-cv-00223-RSM)

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

## ORDER

PURSUANT TO THE ABOVE STIPULATION, and the Court being fully advised in the premises, NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that all claims by WEST STAR YACHT, LLC against SEATTLE LAKE CRUISES, LLC, and by SEATTLE LAKE CRUISES, LLC against WEST STAR YACHT, LLC are dismissed with prejudice and without costs to any party.

This is a final order resolving this cause number.

DATED this 8th day of June, 2022.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*

NICOLL BLACK & FEIG PLLC

*/s/ Jeremy B. Jones*
Jeremy B. Jones WSBA No. 44138
1325 Fourth Avenue, Suite 1650
Seattle, WA  98101
Telephone: (206) 838-7555
Fax: (206) 838-7515
Email: jjones@nicollblack.com
*Attorneys for Defendant*

STIPULATION AND
ORDER OF DISMISSAL - 3
(2:21-cv-00223-RSM)

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515